IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Criminal Action No. 11- /6M |
| | ) | |
| JAMES Q. HUNTER, | ) | |
| | ) | |
| Defendant. | ) | |

## MISDEMEANOR INFORMATION

The United States Attorney for the District of Delaware charges that:

### Count I

On or about July 3, 2008, in the District of Delaware, James Q. Hunter, the defendant, while Treasurer of United Auto Workers Local 1542, did willfully make a false entry in a record required to be kept by Title 29, United States Code, Section 436, that is, the defendant forged a union officer's signature to a union check which the defendant fraudulently made payable to himself in the amount of $750, said check being a record on matters required to be reported to the Secretary of Labor in the union's annual financial report, in violation of Title 29, United States Code, Section 439(c).

CHARLES M. OBERLY, III
United States Attorney

By: _____
Edmond Falgowski
Assistant United States Attorney

Dated: /- 25 - 11

FILED

JAN 2 6 2011

U.S. DISTRICT COURT DISTRICT OF DELAWARE